(Official Form 1) (9/97)

| FORM B1 | **United States Bankruptcy Court**<br>Southern District of New York | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Whalen, Richard Christopher** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**a/k/a Chris Whalen** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**101 North Highland Place**<br>**Croton-on-Hudson, NY 10520** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Westchester** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
■ Individual(s)   ☐ Railroad
☐ Corporation    ☐ Stockbroker
☐ Partnership    ☐ Commodity Broker
☐ Other_____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
☐ Chapter 9   ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
■ Consumer/Non-Business   ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (9/97)**

| | |
|---|---|
| # Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):        **FORM B1**, Page 2<br>**Whalen, Richard Christopher** |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ Richard Christopher Whalen**
Signature of Debtor **Richard Christopher Whalen**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 1, 2003**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Attorney**

X   **/s/ Anne Penachio AJP-9721**
Signature of Attorney for Debtor(s)

**Anne Penachio AJP-9721**
Printed Name of Attorney for Debtor(s)

**Anne Penachio Atty. at Law**
Firm Name

**575 White Plains Road**
**Eastchester NY 10709**
Address

**914-961-6003**
Telephone Number

**August 1, 2003**
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Anne Penachio AJP-9721**      **August 1, 2003**
Signature of Attorney for Debtor(s)      Date
**Anne Penachio AJP-9721**

## United States Bankruptcy Court
### Southern District of New York

In re  **Richard Christopher Whalen**                    ,    Case No. _____
             Debtor

                                                                                    Chapter            **7**

## Verification of Creditor Matrix

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     **August 1, 2003**                              Signature **/s/ Richard Christopher Whalen**
                                                                                **Richard Christopher Whalen**
                                                                                Debtor

American Express
P.O. Box 1270
Newark, NJ 07101-1270

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Arter & Hadden
1100 Huntington Building
Cleveland, OH 44115-1475

ATT Universal
Box 8208
S. Hackensack, NJ 07606-8208

Aurora
Aurora Loan
P.O. Box 78111
Phoenix, AZ 85062-8111

Bloomingdale's
P.O. Box 4590
Carol Stream, IL 60197

Burns & Levinson
125 Summer Street
Boston, MA 02110

Centurion Bank
Box 30799
Salt Lake City, UT 84130-0799

Chase Manhattan Bank
Box 15129
Wilmington, DE 19850-5129

Citi
Citi Cards
Box 6000
The Lakes, NV 89163

Discover
Box 15156
Wilmington, DE 19886-1002

Exxon
MCCBG
Box 103028
Roswell, GA 30076


Hasdorf & Convery
1005 S. Alamo
San Antonio, TX 78210


Kenneth Valls, Esq.
Wilson Trevino Freed & Trevino
600 San Bernardo Blvd.-Ste 800
Laredo, TX 78042


Laredo National Bancshares
c/o Ricardo Cedillo, Esq.
755 E. Mulberry - Suite 500
San Antonio, TX 78212


Loeffler, Jonas & Tuggey
755 E. Mulberry
Suite 200
San Antonio, TX 78212


MBNA
Box 15019
Wilmington, DE 19886-5019


Renew Data
2335 Kramer Lane
Austin, TX 78758


Richard and Joan Whalen
303 E. 57th St.
New York, NY 10022


Riggs Bank
P.O. Box 96758
Washington, DC 20090-6758


The Bank of New York
One Wall Street
New York, NY 10286

Walter R. Todd
1164 Sheerbrook Dr.
Chagrin Falls, OH 44022