In re __Christopher Whalen_____, Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand (Nominal)** | - | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account - Bank of New York (held jointly with non-debtor spouse) - fluctuating balance - Approx. $314.44 (ledger balnce based upon checks drawn on account - actual balance - approx. $8,000.00).** | - | 314.44 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary Household Furnishings; See Schedule Attached (owned jointly with non-debtor spouse; total value estimated to be $10,800.00).** | - | 5,400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **See Inventory Schedule Attached.** | - | 0.00 |
| 6. Wearing apparel. | | **Ordinary Wearing Apparel (valued at approximately $100.00 per season).** | - | 400.00 |
| 7. Furs and jewelry. | | **Watch (Nominal Value - $100.00); Wedding Band.** | - | Unknown |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Universal Life Insurance Policy - Mass Mutual (Value - Approx. $1,400.00)** | - | 1,400.00 |
| | | **Universal Life insurance Policy - Reliastar (Approx. Value $2,000.00)** | - | 2,000.00 |
| | | Sub-Total > (Total of this page) | | 9,534.44 |

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re **Christopher Whalen** , Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY - AMENDED
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Whole Life Policy - CNA (Little or no Value)** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **IRA at Charles Schwab** | - | **150.00** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Part Owner of Ramberg Whalen, LCC (Disolved, No Longer Operating) - Little or no value but for limited office equipment.** | - | **Unknown** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Receivable from Ramberg Whalen approx. $2,000.00 in unreimbursed business expenses; Deemed uncollectible.** | - | **Unknown** |
| | | **Receivable from Carbaugh for services performed but not billed ($10,702.61 invoiced on 8/4/03 - $3,702.61 attributable to Pre-Petition Services); Paid on 8/4/03.** | - | **3,702.61** |
| | | **Receivables from Audit Integrity for July 2003** | - | **8,000.00** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Income Tax refund (adjusted to reflect set off and spouse's interest as per attached)**<br><br>**IRS - $1,143.86; NYS - $523.54** | - | **1,667.40** |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Sub-Total >  **13,520.01**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    __**Christopher Whalen**_____ ,     Case No. _____

Debtor

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential legal malpractice claim against the estate of Arter & Hadin, debtor.** | - | **Unknown** |
| | | **Potential Claim against Walker Todd, Arter & Hadden and/or Richard Knoth for legal malpractice and perjury/fraudulent misrepresentations.** | - | **Unknown** |
| | | **Potential claim against the Board of Governors of the Federal Reserve System for legal expenses and other relief.** | - | **Unknown** |
| | | **Potential claim against Bear Stearns & Co., Inc. and Prudential Securities, Inc. for legal expenses and other relief.** | - | **Unknown** |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Various office equipment set forth in item numbered 33 below.** | - | **Unknown** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

In re   **Christopher Whalen**                                                      ,        Case No. _____
                                            Debtor

# SCHEDULE B. PERSONAL PROPERTY - AMENDED
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | **Office equipment (i.e. computer, printer, fax machine);  Estimated Value is $1,000.00** | - | 1,000.00 |
| | | **2003 New York Yankee Tickets (2 Tickets for a regular game)** | - | 85.00 |
| | | **Escrow Refund from refinancing of home (Total received on 10/10/03 $4,881.66; 50% attributable to Debtor)** | - | 2,440.83 |

|  | Sub-Total > | **3,525.83** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **26,580.28** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re    **Christopher Whalen**                      ,     Case No. _____

                                     Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*

☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single Family Home - 101 North Highland Place, Croton-on-Hudson, NY 10520 (held jointly with non-debtor spouse)** | **NYCPLR § 5206(a)** | **100%** | **625,000.00** |
| **Household Goods and Furnishings** | | | |
| **Ordinary Household Furnishings; See Schedule Attached (owned jointly with non-debtor spouse; total value estimated to be $10,800.00).** | **NYCPLR § 5205(a)(5)** | **100%** | **5,400.00** |
| **Wearing Apparel** | | | |
| **Ordinary Wearing Apparel (valued at approximately $100.00 per season).** | **NYCPLR § 5205(a)(5)** | **100%** | **400.00** |
| **Furs and Jewelry** | | | |
| **Watch (Nominal Value - $100.00); Wedding Band.** | **NYCPLR § 5205(a)(6)** | **100%** | **Unknown** |
| **Interests in Insurance Policies** | | | |
| **Universal Life Insurance Policy - Mass Mutual (Value - Approx. $1,400.00)** | **Debtor & Creditor Law § 282(iii)(2)** | **100%** | **1,400.00** |
| **Universal Life insurance Policy - Reliastar (Approx. Value $2,000.00)** | **Debtor & Creditor Law § 282(iii)(2)** | **100%** | **2,000.00** |
| **Whole Life Policy - CNA (Little or no Value)** | **Debtor & Creditor Law § 282(iii)(2)** | **100%** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA at Charles Schwab** | **Debtor & Creditor Law § 282(iii)(2)** | **100%** | **150.00** |
| **Accounts Receivable** | | | |
| **Receivable from Carbaugh for services performed but not billed ($10,702.61 invoiced on 8/4/03 - $3,702.61 attributable to Pre-Petition Services); Paid on 8/4/03.** | **NYCPLR § 5205(d)(2) NYCPLR §§ 5231(b), 5241(g)** | **100% 100%** | **3,702.61** |
| **Receivables from Audit Integrity for July 2003** | **NYCPLR §§ 5231(b), 5241(g)** | **100%** | **8,000.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Office equipment (i.e. computer, printer, fax machine); Estimated Value is $1,000.00** | **NYCPLR § 5205(a)(7)** | **100%** | **1,000.00** |

   **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Southern District of New York

In re   Christopher Whalen                                      Case No.
                                        Debtor(s)               Chapter      7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___18___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   August 30, 2004                         Signature   /s/ Christopher Whalen

                                             Christopher Whalen

                                             Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.