UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                             CHAPTER 7

**RICHARD CHRISTOPHER WHALEN,**                    Case No. 03-23332 (ASH)

              Debtor(s).
-----------------------------------------------------------------x

## SUCCESSOR TRUSTEE'S AFFIDAVIT OF FINAL DISTRIBUTION
## AND APPLICATION FOR CLOSING AND DISCHARGE

MARK S. TULIS, ESQ., Successor Trustee of the estate of the above referenced Debtor, certifies to the Court and the United States Trustee, that this estate has been fully administered. A Successor Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain as indicated in the attached zero balance bank statement and canceled checks.

Therefore pursuant to the FRBP 5009, the Successor Trustee requests that this affidavit of final distribution be accepted, and that the Court order this case closed and discharge the Successor Trustee from any further duties.

Dated:     White Plains, New York
            July 10, 2007

                                          /s/ Mark S. Tulis
                                          Mark S. Tulis (MT 4736)
                                          Successor Trustee
                                          120 Bloomingdale Road
                                          White Plains, New York 10605
                                          (914) 422-3900

Sworn to before me this
10th day of July, 2007

/s/ Pamela G. Pucci
Notary Public

REVIEW BY THE UNITED STATES TRUSTEE

       The United States Trustee has reviewed the Final Account, Certification that the estate has been Fully Administered, and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

                                        DIANA G. ADAMS
                                        UNITED STATES TRUSTEE


                  By:    /s/ Richard C. Morrissey