**SUCCESSOR TRUSTEE BANKRUPTCY CLOSING REPORT**

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
CHAPTER 7

Debtor Name: RICHARD CHRISTOPHER WHALEN          Case No. 03-23332 (ASH)

GROSS CASH RECEIPTS: $15,314.76

FEES AND EXPENSES (from case inception):

| | |
|---|---|
| $ 2,489.97 | Successor Trustee Compensation and Disbursements |
| $ 5,965.14 | Fees and Expenses For Attorney for Successor Trustee |
| $ 158.24 | Other Professional Fees and All Expenses (inc. USBC Special Charges) |
| $ 8,613.35 | TOTAL |

DISTRIBUTIONS (from case inception):

| | |
|---|---|
| $ 0.00 | Chapter 11 Administrative Expenses |
| $ 0.00 | Secured Creditors |
| $ 0.00 | Priority Creditors |
| $ 6,701.41 | Unsecured Creditors |
| $ 0.00 | Equity Security Holders |
| $ 0.00 | Other Distributions (inc. payments to debtor, bond premiums, court reporters, storage, lien searches, corp. taxes, unclaimed funds, combined dividends, etc.) |
| $ 15,314.76 | TOTAL |

Dated: White Plains, New York         /s/ Mark S. Tulis
      July 10, 2007                                  Mark S. Tulis (MT 4736)
                                                                Successor Trustee
                                                                120 Bloomingdale Road
                                                                White Plains, New York 10605
                                                                (914) 422-3900