# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: Richard Christopher Whalen | CASE NO.: 03–23332–ash |
| aka   Chris Whalen | |
| SSN/TAX ID: xxx–xx–1987 | CHAPTER: 7 |

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Mark S. Tulis is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: November 19, 2007

                                                    Adlai S. Hardin Jr., Bankruptcy Judge